■ HUMBLE OIL & REFINING COMPANY v. M. W. KELLOGG COMPANY et al. M. W. KELLOGG COMPANY v. GENERAL ELECTRIC COMPANY.—

Concur—
Breitel, J. P., Rabin, Stevens, Eager and Bastow, JJ.